KATHLEEN A. LEAVITT                                                   E-FILED 09/28/2009
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV  89101
(702) 853-0700
kal13mail@las13.com

## UNITED STATES BANKRUPTCY COURT
## NEVADA DIVISION

| IN RE:<br>SEMISI M OLIVE<br>HEIDI A OLIVE<br><br>                    Debtors<br>Attorney for Debtor:<br>      HAINES & KRIEGER L.L.C. | CASE NO: BKS-09-14286-LBR<br><br>CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION |
|---|---|

TO DEBTOR(S), ALL CREDITORS AND PARTIES IN INTEREST:

YOU WILL PLEASE TAKE NOTICE that Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee, has reviewed the Clerk of the U.S. Bankruptcy Court, District of Nevada, Claims Register and each individual Proof of Claim filed in the above entitled case after the 90 day Bar Date. Government claims will be reviewed after the 180 day bar date and notice will be sent if applicable.

YOU WILL PLEASE TAKE FURTHER NOTICE that the above named Debtor(s), each creditor and all other parties in interest must verify that their respective claim(s) filed with the Clerk contains the same information AS SET FORTH BELOW to include but not limited to: (1)the creditor's claim was  filed or not filed; (2)the creditor's address to receive payments is accurate; (3)the claim amount is accurate; (4)the creditor's claim is scheduled as either "timely filed", "late filed" or "not filed"; (5)that the classification of the creditor's claim as either  "secured", "priority", "unsecured", "direct pay by debtor", "surrendered", "no plan provision", or such other applicable classification, is accurate; (6)and that the treatment and payment on each creditor's claim including, if appropriate, the payment of and rate of interest), is accurate in accordance with Order(s) Confirming Chapter 13 Plan.

YOU WILL PLEASE TAKE FURTHER NOTICE that if the creditor's claim, as filed with the Clerk of the Bankruptcy Court, is not accurate for any reason, including the reasons set forth above; then you must timely file a written objection to the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution on or before October 28, 2009. The written objection must be filed **or e-filed** with the Clerk of the U.S. Bankruptcy Court, 300 Las Vegas Blvd. South, Fourth Floor, Las Vegas, Nevada 89101 and served, if applicable, upon any appropriate creditor(s), the debtor(s), debtor's attorney and the Chapter 13 Bankruptcy Trustee whose mailing address is set forth above, along with the date, time, and place of the hearing on the objection.

YOU WILL PLEASE TAKE FURTHER NOTICE that in the absence of a written objection, the Debtor(s), creditors and parties in interest listed below shall be deemed to have approved the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution. No further Order of the Court will be entered in the absence of any objection to this notice.

YOU WILL PLEASE TAKE FURTHER NOTICE that funds provided to be paid to a creditor through the Chapter 13 Plan but for which no Proof of Claim has been filed will be forwarded to the Clerk of U. S. Bankruptcy Court, District of Nevada, as unclaimed funds.

NOTICE IS HEREBY GIVEN that the following list below is a recapitulated itemization of all proofs of claim filed and not filed, classification of claims, and proposed distribution.  This plan proposes that the Debtor pay a Base Amount (a specific dollar amount) to the Plan.  The exact percentage of distribution to unsecured non-priority claims will depend upon all claims filed and allowed in this case.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|

Page 2 of 6
SEMISI M OLIVE AND HEIDI A OLIVE                                BKS-09-14286-LBR

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **ACS/NELNET**<br>AFSA<br>UTICA, NY  13501 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXX1016 |
| | **TRUSTEE CLAIM# 00002 / COURT CLAIM #** | | |
| **ECMC**<br>LOCKBOX 8682<br>PO BOX 75848<br>ST PAUL, MN  55175-0848 | $50,237.54<br>AT 0.00% INT<br>FROM | UNSECURED<br>APPROXIMATELY 0.00% TO BE PAID | 9711 |
| | **TRUSTEE CLAIM# 00003 / COURT CLAIM # 5** | | |
| **ACS/STUDENT LN MKT ASS**<br>501 BLEECKER ST<br>UTICA, NY  13501 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXX7112 |
| | **TRUSTEE CLAIM# 00004 / COURT CLAIM #** | | |
| **American Express**<br>C/O BECKET AND LEE<br>Po Box 3001<br>Malvern, PA  19355 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXXXXX4032 |
| | **TRUSTEE CLAIM# 00005 / COURT CLAIM #** | | |
| **FIA CARD SERVICES AKA BANK OF AMERICA**<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | $9,540.56<br>AT 0.00% INT<br>FROM | UNSECURED<br>APPROXIMATELY 0.00% TO BE PAID | 4144 |
| | **TRUSTEE CLAIM# 00006 / COURT CLAIM # 6** | | |
| **Bankcard Services**<br>Po Box 1111<br>Madison, WI  53701 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXXX0285 |
| | **TRUSTEE CLAIM# 00007 / COURT CLAIM #** | | |
| **PRA RECEIVABLES MANAGEMENT LLC, AS AGENT OF**<br>PORTFOLIO RECOVERY ASSOCIATES LLC, SUCCESSOR TO<br>CAPITAL ONE BANK | $566.74<br>AT 0.00% INT<br>FROM | UNSECURED<br>APPROXIMATELY 0.00% TO BE PAID | 7104 |
| | **TRUSTEE CLAIM# 00008 / COURT CLAIM # 9** | | |
| **JPMORGAN CHASE BANK NA**<br>CHASE AUTO FINANCE<br>PO BOX 901032<br>FT WORTH, TX  76101-2032 | $2,763.72<br>AT 10.00% INT<br>FROM 8/27/2009  1 | VEHICLE ARREARS<br>EXACTLY 100.00% TO BE PAID | 7085 |
| | **TRUSTEE CLAIM# 00009 / COURT CLAIM # 3** | | |
| **ECAST SETTLEMENT CORPORATION ASSIGNEE OF**<br>CHASE BANK USA NA<br>PO BOX 35480<br>NEWARK, NJ  07193-5480 | $6,210.89<br>AT 0.00% INT<br>FROM | UNSECURED<br>APPROXIMATELY 0.00% TO BE PAID | 8348 |
| | **TRUSTEE CLAIM# 00010 / COURT CLAIM # 8** | | |
| **CHELA FIN**<br>AFSA<br>UTICA, NY  13501 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXX7111 |
| | **TRUSTEE CLAIM# 00011 / COURT CLAIM #** | | |
| **CITIMORTGAGE INC**<br>CITIFINANCIAL MORTGAGE COMPANY INC<br>1111 NORTHPOINT DR BLDG 4 STE 100<br>COPPELL, TX  75019 | $10,945.40<br>AT 0.00% INT<br>FROM | MORTGAGE ARREARS<br>EXACTLY 100.00% TO BE PAID | XXXXXXXXXX7702 |
| | **TRUSTEE CLAIM# 00012 / COURT CLAIM # 12** | | |

| | | | Page 3 of 6 |
|---|---|---|---|
| SEMISI M OLIVE AND HEIDI A OLIVE | | | BKS-09-14286-LBR |
| **NAME AND ADDDRESS OF CREDITOR** | **AMOUNT** | **CLASSIFICATION** | |
| **Citibank Usa**<br>Attn.: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO  64195 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00013 / COURT CLAIM #** | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXXXX8012 |
| **Colonial Mortgage Co**<br>P.o. Box 5628<br>Montgomery, AL  36103 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00014 / COURT CLAIM #** | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XX3343 |
| **Countrywide Home Lending**<br>Attention: Bankruptcy SV-314B<br>Po Box 5170<br>Simi Valley, CA  93062 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00015 / COURT CLAIM #** | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXX5221 |
| **Crossland Mtg/fhlmc**<br>I Home Campus<br>Des Moines, IA  50328 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00016 / COURT CLAIM #** | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXX0045 |
| **DISCOVER BANK**<br>DFS SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | $13,264.89<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00017 / COURT CLAIM # 1** | UNSECURED<br>APPROXIMATELY 0.00% TO BE PAID | 5261 |
| **First USA Bank - Chase**<br>Attention:  Card Member Services<br>Po Box 15548<br>Wilmington, DE  19886 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00018 / COURT CLAIM #** | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXX1737 |
| **First USA Bank - Chase**<br>Attention:  Customer Service<br>Po Box 94014<br>Palatine, IL  60094 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00019 / COURT CLAIM #** | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXX1841 |
| **FIRST USA BANK**<br>800 BROOKSEDGE BLVD<br>WESTERVILLE, OH  43081 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00020 / COURT CLAIM #** | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXX6748 |
| **GEMB/GECAF**<br>P.O. BOX 981400<br>EL PASO, TX  79998 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00021 / COURT CLAIM #** | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXX0224 |
| **GUARANTY GROUP**<br>PO BOX 40<br>AUSTIN, TX  78767 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00022 / COURT CLAIM #** | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXX9203 |
| **IRS**<br>Insolvency Dept<br>110 City Parkway<br>Las Vegas, NV  89101 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00023 / COURT CLAIM #** | IRS PRTY<br>NOT FILED<br>EXACTLY 0.00% TO BE PAID | |

Page 4 of 6
SEMISI M OLIVE AND HEIDI A OLIVE                                                                    BKS-09-14286-LBR

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **ONEWEST BANK FSB**<br>MAIL CODE: KZ-02-01<br>6900 BEATRICE DR<br>KALAMAZOO, MI  49009 | $7,261.67<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00024 / COURT CLAIM # 4** | MORTGAGE ARREARS<br><br>EXACTLY 100.00% TO BE PAID | 2689 |
| **Infibank**<br>Po Box 3412<br>Omaha, NE  68197 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00025 / COURT CLAIM #** | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXXXX3723 |
| **ROUNDUP FUNDING LLC**<br>MS 550<br>PO BOX 91121<br>SEATTLE, WA  98111-9221 | $1,014.04<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00026 / COURT CLAIM # 11** | UNSECURED<br><br>APPROXIMATELY 0.00% TO BE PAID | 9950 |
| **Montgomery Ward / MBGA/GE Money Bank**<br>Attention:  Bankruptcy Department<br>Po Box 103106<br>Roswell, GA  30076 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00027 / COURT CLAIM #** | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXX4337 |
| **NCO - Medclr**<br>507 Prudential Rd<br>Horsham, PA  19044 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00028 / COURT CLAIM #** | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXX6254 |
| **Primus Financial Services/Ford Credit**<br>National Service Center<br>Po Box 537901<br>Livonia, MI  48153 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00029 / COURT CLAIM #** | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXX0655 |
| **Sallie Mae**<br>Attn: Claims Dept<br>Po Box 9500<br>Wilkes Barre, PA  18773 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00030 / COURT CLAIM #** | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXX101F |
| **Silver State Schools C**<br>4221 Mcleod<br>Las Vegas, NV  89121 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00031 / COURT CLAIM #** | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXX0800 |
| **Sss Fed Cu**<br>4221 Mcleod<br>Las Vegas, NV  89121 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00032 / COURT CLAIM #** | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXX4100 |
| **Us Dept Of Education**<br>Attn: Borrowers Service Dept<br>Po Box 5609<br>Greenville, TX  75403 | $0.00<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00033 / COURT CLAIM #** | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXX7112 |
| **WELLS FARGO BANK NA**<br>ONE HOME CAMPUS<br>MAC #X2302-045<br>DES MOINES, IA  50328 | $12,132.59<br>AT 0.00% INT<br>FROM<br>**TRUSTEE CLAIM# 00034 / COURT CLAIM # 2** | MORTGAGE ARREARS<br><br>EXACTLY 100.00% TO BE PAID | XXXXXXXXXXXXXX2001 |

SEMISI M OLIVE AND HEIDI A OLIVE

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **WEST SUBURBAN BANK** <br> 711 S WESTMORE AVE <br> LOMBARD, IL  60148 | $0.00 <br> AT 0.00% INT <br> FROM | UNSECURED BY MATRIX <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXXXX0285 |
| | **TRUSTEE CLAIM# 00035 / COURT CLAIM #** | | |
| **Wffinancial** <br> 6955 Aliante Pkwy Ste 10 <br> North Las Vegas, NV  89084 | $0.00 <br> AT 0.00% INT <br> FROM | UNSECURED BY MATRIX <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXXX5018 |
| | **TRUSTEE CLAIM# 00036 / COURT CLAIM #** | | |
| **Wfs Financial/Wachovia Dealer Services** <br> Po Box 19657 <br> Irvine, CA  92623 | $0.00 <br> AT 0.00% INT <br> FROM | UNSECURED BY MATRIX <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | XXXXXXXX0696 |
| | **TRUSTEE CLAIM# 00037 / COURT CLAIM #** | | |
| **Citibank Usa** <br> Attn.: Centralized Bankruptcy <br> Po Box 20507 <br> Kansas City, MO  64195 | $0.00 <br> AT 0.00% INT <br> FROM | UNSECURED <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXXXX3426 |
| | **TRUSTEE CLAIM# 00041 / COURT CLAIM #** | | |
| **NCO - Medclr** <br> 507 Prudential Rd <br> Horsham, PA  19044 | $0.00 <br> AT 0.00% INT <br> FROM | UNSECURED <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | XXXX6253 |
| | **TRUSTEE CLAIM# 00042 / COURT CLAIM #** | | |
| **NCO - Medclr** <br> 507 Prudential Rd <br> Horsham, PA  19044 | $0.00 <br> AT 0.00% INT <br> FROM | UNSECURED <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID | XXXX6255 |
| | **TRUSTEE CLAIM# 00043 / COURT CLAIM #** | | |
| **MESA VIEW REGIONAL HOSPITAL** <br> C/O MICHAEL I MOSSMAN ATTORNEY AT LAW <br> P O BOX 330129 <br> NASHVILLE, TN  37203-7501 | $3,526.68 <br> AT 0.00% INT <br> FROM | UNSECURED <br> <br> APPROXIMATELY 0.00% TO BE PAID | XXXXX1743 |
| | **TRUSTEE CLAIM# 00044 / COURT CLAIM # 7** | | |
| **ELDORADO NEIGHBORHOOD FIRST HOA** <br> C/O TERRA WEST PROPERTY MANAGEMENT <br> 2655 S RAINBOW BLVD SUITE 200 <br> LAS VEGAS, NV  89146 | $1,488.00 <br> AT 10.00% INT <br> FROM 8/27/2009  1 | SECURED-OTHER <br> <br> EXACTLY 100.00% TO BE PAID | XXXXXX7455 |
| | **TRUSTEE CLAIM# 00045 / COURT CLAIM # 10** | | |
| **CITIMORTGAGE INC** <br> CITIFINANCIAL MORTGAGE COMPANY INC <br> 1111 NORTHPOINT DR BLDG 4 STE 100 <br> COPPELL, TX  75019 | $227,479.23 <br> AT 0.00% INT <br> FROM | MORTGAGE DIRECT <br> <br> Paid direct by Debtor 100.00% TO BE PAID | XXXXXXXXXXX7702 |
| | **TRUSTEE CLAIM# 00046 / COURT CLAIM # 12** | | |
| **ONEWEST BANK FSB** <br> MAIL CODE: KZ-02-01 <br> 6900 BEATRICE DR <br> KALAMAZOO, MI  49009 | $156,500.30 <br> AT 0.00% INT <br> FROM | MORTGAGE DIRECT <br> <br> Paid direct by Debtor 100.00% TO BE PAID | 2689 |
| | **TRUSTEE CLAIM# 00047 / COURT CLAIM # 4** | | |
| **WELLS FARGO BANK NA** <br> ONE HOME CAMPUS <br> MAC #X2302-045 <br> DES MOINES, IA  50328 | $208,044.97 <br> AT 0.00% INT <br> FROM | MORTGAGE DIRECT <br> <br> Paid direct by Debtor 100.00% TO BE PAID | XXXXXXXXXXXXXX2001 |
| | **TRUSTEE CLAIM# 00048 / COURT CLAIM # 2** | | |

|  |  | Page 6 of 6 |
|---|---|---|
| SEMISI M OLIVE AND HEIDI A OLIVE |  | BKS-09-14286-LBR |

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **JPMORGAN CHASE BANK NA** <br> CHASE AUTO FINANCE <br> PO BOX 901032 <br> FT WORTH, TX  76101-2032 | $13,566.02 <br> AT 0.00% INT <br> FROM <br> **TRUSTEE CLAIM# 00049 / COURT CLAIM # 3** | VEHICLE DIRECT <br><br> Paid direct by Debtor 100.00% TO BE PAID | 7085 |

Dated: 9/28/2009

/s/ ESTHER CARR
for Kathleen A. Leavitt
Chapter 13 Bankruptcy Trustee

Case 09-14286-lbr    Doc 61    Entered 09/28/09 16:47:35    Page 6 of 6