

**Entered on Docket
October 08, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

___

George Haines, Esq.
Nevada Bar No.: 9411
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Semise M. Olive and Heidi A. Olive

E-FILED: September 29, 2009

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In Re: | ) Case No. BKS-09-14286-LBR |
| --- | --- |
| | ) Chapter 13 |
| **Semise M. Olive and Heidi Olive,** | ) Hearing Date: N/A |
| | ) Hearing Time: N/A |
| Debtor(s). | ) |

### ORDER

THE ABOVE MATTER having been heard at the time and date above the Court Finds as follows:

/./././

**IT IS THEREFORE ORDERED THAT** that over payment in the amount of $7,655.00 shall be refunded from trustee Kathleen Leavitt directly to Semise M. Olive and Heidi Olive within ten days.

DATED September 29, 2009

      HAINES & KRIEGER, L.L.C.

By:    /s/George Haines, Esq.
       George Haines, Esq.
       Attorney for Debtor(s)

Approved by: _____
       Kathleen Leavitt
       Chapter 13 Trustee

### ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_x_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    APPROVED: Kathleen Leavitt

    DISAPPROVED:

    FAILED TO RESPOND:

                           ###