WILDE & ASSOCIATES
Gregory L. Wilde. Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas. Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO. P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Electronically Filed on _____

Wells Fargo Bank, N.A.
09-72001

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re:<br><br>Semisi M. Olive and Heidi A. Olive<br><br><br>Debtor(s). | **Bk Case No.: 09-14286-lbr**<br>Chapter 13<br><br>**RENEWED NOTICE ON MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date: April 28. 2010<br>Time: 10:30 a.m.<br><br>ESTIMATED TIME: 5 Minutes |
|---|---|

TO THE HONORABLE LINDA B. RIEGLE. THE DEBTORS, DEBTORS' ATTORNEY OF RECORD AND THE CHAPTER 13 TRUSTEE, AND OTHER INTERESTED PARTIES:

    1) On or about June 4. 2009, Movant filed a Motion for relief for relief from the automatic stay in regards to secured property generally described as 65 W. Virgin St., Bunkerville, NV 89010, and legally described as follows:

    The East Half(E 1/2) of Lot Three (3) in Block Seven (7) of BUNKERVILLE as shown by map thereof on file in Book 2 of Plats, Page 17 in the office of the County Recorder of Clark County. Nevada.

TOGETHER WITH that portion of vacated street as provide for that certain Order of Vacation recorded June 1, 1990 in Book 900106 as Instrument No. 00511 of Official Records, Clark County, Nevada, title to which would pass by operation of law with a conveyance of said lot.

2. On or about June 25, 2009 Debtor's Attorney filed opposition to Movants Motion for relief from the Automatic Stay.

3. On or about November 30, 2010 Counsel for Secured Creditor provided Debtor's Attorney with an Adequate Protection Order to cure the post petition arrearages. Since that time Counsel for Secured Creditor has provided Debtor's Attorney with an "Updated" Adequate Protection Order to cure the post petition arrearages and updated payment history. Attorney for Secured Creditor has made several follow up requests to Debtor's Attorney for the signed Adequate Protection. To date Debtor's Attorney has failed to return the signed Adequate Protection Order.

PLEASE TAKE NOTICE that on April 28, 2010 at 10:30 a.m. before United States Bankruptcy Judge, the Honorable Linda B. Riegle, in Courtroom 1, located at The Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada. Wells Fargo Bank, N.A., its assignees and/or successors in interest its successors and assign ("Movant"), has filed its Motion on June 4, 2009. Secured Creditor is re-noticing all parties, pursuant to 11 U.S.C. §362(d), for an order terminating the automatic stay, to allow Movant to proceed with its non-bankruptcy remedies, including, but not limited to foreclosure upon obtaining possession of and selling the subject real property located at 65 W. Virgin St., , Bunkerville, NV 89010 (the "subject real property").

PLEASE TAKE FURTHER NOTICE that Local Bankruptcy Rule 9014(d)(1) requires that any opposition to a motion must be filed and service completed upon the Movant not more than fourteen (14) days after service of the motion. The opposition must set forth all relevant facts and must contain a legal memorandum. An opposition may be supported by affidavits or declarations that conform to the provisions of this rule.

1
2  | If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the
3  | court. You *must* also serve your written response on the person who sent you this notice.
4  | If you do not file a written response with the court, or if you do not serve your written response on the
   | person who sent you this notice, then:
5
6  | ☐   The court may *refuse to allow you to speak* at the scheduled hearing; and
7  | ☐   The court may *rule against you* without formally calling the matter at the hearing
8    Dated this 22 day of March 2010
9                                                    Submitted by:
10                                                   WILDE & ASSOCIATES.
11                                                   *Michael Kelly #10099*
                                                     GREGORY L. WILDE, ESQ.
12                                                   Nevada Bar No. 4417
                                                     212 South Jones Boulevard
13                                                   Las Vegas, Nevada 89107
14
15
16
17
18
19
20
21
22
23
24
25
26

```
 1  WILDE & ASSOCIATES
    Gregory L. Wilde, Esq.
 2  Nevada Bar No. 004417
    212 South Jones Boulevard
 3  Las Vegas, Nevada 89107
 4  Telephone: 702 258-8200
    Fax: 702 258-8787
 5  bk@wildelaw.com.
    and
 6  MARK S. BOSCO, ESQ.
    Arizona Bar No. 010167
 7  TIFFANY & BOSCO, P.A.
    2525 East Camelback Road, Suite 300
 8  Phoenix, Arizona 85016
 9  Telephone: (602) 255-6000

10  Wells Fargo Bank, N.A.
    09-72001
11
```

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In Re: | Bk Case No.: 09-14286-lbr |
|---|---|
| Semisi M. Olive and Heidi A. Olive | Date: April 28, 2010<br>Time: 10:30 a.m.<br>Chapter 13 |
| Debtors. | |

### CERTIFICATE OF SERVICE OF RENEWED NOTICE
### ON MOTION FOR RELIEF FROM AUTOMATIC STAY

1. On __3/22/10__ I served the following documents(s):

**RENEWED NOTICE ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

I served the above-named document(s) by the following means to the persons as listed below:

   X  a. ECF System

        David Krieger
        dkrieger@hainesandkrieger.com
        Attorney for Debtors

Kathleen A. Leavitt
courtsecf3@las13.com
Trustee

X **b. United States mail, postage fully prepaid:**

David Krieger
1020 Garces Ave.
Las Vegas, NV 89101
Attorney for Debtors

Semisi M. Olive and Heidi A. Olive
PO Box 7224
Bunkerville, NV 89007
Debtors

IRS
Attention: Managing Agent
110 City Parkway, MS 5028
Las Vegas, NV 89106

☐ **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐ 1. For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

**N/A**

☐ 2. For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there. N/A

☐ **d. By direct mail**

Based upon the written assignment of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission**

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**
DATED this 22nd day of March, 2010.

By: _____*jmiller*_____