

Entered on Docket
May 06, 2010

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wells Fargo Bank, N.A.
09-72001

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-14286-lbr |
| Semisi M. Olive and Heidi A. Olive | Date: 4/28/10<br>Time: 10:30am |
| Debtors. | Chapter 13 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 65 W. Virgin St., Bunkerville, NV 89010.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors and Trustee at least seven business days' notice of the time, place and date of sale.

DATED this _____ day of _____, 2010.

Submitted by:
**WILDE & ASSOCIATES**

By_____
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
David Krieger
1020 Garces, Suite 100
Las Vegas, NV 89101
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
Kathleen A. Leavitt
201 Las Vegas Blvd. So., #200
Las Vegas, NV 89101
Chapter 13 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
  ____ The court waived the requirements of LR 9021.
  ____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
  ____ No parties appeared or filed written objections, and the trustee is the movant.
  _x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
  ____ approved the form of this order          ____ disapproved the form of this order
  ____ waived the right to review the order and/or   _x_ failed to respond to the document
  ____ appeared at the hearing, waived the right to review the order
  ____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
  ____ approved the form of this order          ____ disapproved the form of this order
  ____ waived the right to review the order and/or   _x_ failed to respond to the document

  ____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
  ____ approved the form of this order          ____ disapproved the form of this order
  ____ waived the right to review the order and/or   ____ failed to respond to the document
  ____ appeared at the hearing, waived the right to review the order
  ____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
  ____ approved the form of this order          ____ disapproved the form of this order
  ____ waived the right to review the order and/or   ____ failed to respond to the document

  ____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor